# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146391

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK DAVID BAILEY,
      Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146391
COA: 310166
Mecosta CC: 04-005394-FC

      On order of the Court, the application for leave to appeal the October 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013

h0617



Clerk